**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Moore Wallace North America, Inc.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00855
                                                Honorable Blanche M. Manning

PFE International Limited, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

   MINUTE entry before Judge Honorable Blanche M. Manning: Status hearing set for 5/15/2008 is reset to 5/22/2008 at 11:00 AM. with the understanding that the case has settled. If settlement is not complete by the next date, the plaintiff shall appear in open court.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.