IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOORE WALLACE NORTH AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 08 CV 855 |
| v. ) | |
| ) | Judge Manning |
| PFE INTERNATIONAL LIMITED and ) | |
| PFE INTERNATIONAL INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER OF DISMISSAL

The case between Plaintiff Moore Wallace North America, Inc. and Defendants PFE International Limited and PFE International, Inc. (the "PFE Parties") has been settled. Pursuant to Fed.R.Civ.P. Rule 41(a), the dismissal of the PFE Parties shall be with prejudice with respect to any conduct by the PFE Parties prior to June 9, 2008 and without prejudice with respect to any conduct by the PFE Parties thereafter. The dismissal with prejudice of the prior conduct is conditioned on certain representations and warranties made by the PFE Parties in the settlement agreement, including that as of March 20, 2008, the PFE Parties have no longer offered for sale a pressure sealer product known as the "AS1200" or "PS1200" in North America.

ENTER:

_____
Blanche M. Manning
United States District Judge

_____
Date