IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOORE WALLACE NORTH AMERICA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08 CV 855 |
|  | ) Judge Manning |
| PFE INTERNATIONAL LIMITED and PFE INTERNATIONAL INC. | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

On Tuesday, June 17, 2008 at 11:00 a.m., we shall appear before the Honorable Judge Blanche M. Manning in Courtroom 2125, Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL and present Plaintiff's Motion to Dismiss which is concurrently filed and served herewith.

MOORE WALLACE NORTH
AMERICA, INC.

By: /s/ Mark M. Grossman
    Lee F. Grossman, Esq.
    Mark M. Grossman, Esq.
    Grossman Law Offices
    29 S. LaSalle Street
    Suite 1210
    Chicago, Illinois 60603
    (312) 621-9000