IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOORE WALLACE NORTH AMERICA, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 08 CV 855 |
| | ) |
| PFE INTERNATIONAL LIMITED and | ) Judge Manning |
| PFE INTERNATIONAL INC., | ) |
| | ) |
| Defendants | ) |

## ORDER OF DISMISSAL

The case between Plaintiff Moore Wallace North America, Inc. and Defendants PFE International Limited and PFE International, Inc. (the "PFE Parties") has been settled pursuant to that certain Standstill Agreement dated June 9, 2008 (the "Agreement"). Accordingly, it is hereby ordered that this case is dismissed in accordance with the terms set forth in Section 2 of the Agreement.

ENTER:

_____        _____
Date                                                                    Blanche M. Manning
                                                                                United States District Judge