

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 855 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Moore Wallace North America, Inc. Vs. PFE International Limited, et al | | |

**DOCKET ENTRY TEXT**

The case between Plaintiff, Moore Wallace North America, Inc. and Defendants, PFE International Limited and PFE International, Inc. (The "PFE Parties") has been settled pursuant to an agreement entitled Standstill Agreement dated June 9, 2008 (the "Agreement"). Accordingly, it is hereby ordered that this case be dismissed with leave to reinstate if the terms of the Agreement are breached. In entering this agreed order of dismissal and dismissing this case with leave to reinstate, the Court does not reach the issue of whether a dismissal with leave to reinstate in these circumstances acts to toll the applicable statue of limitations. Enter Order of Dismissal. Status hearing set for 8/28/2008 is stricken. All pending motions [12] are denied as moot. Terminating case.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 SEP -9 PM 4:29
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | SB |
|---|---|---|