

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOORE WALLACE NORTH AMERICA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> PFE INTERNATIONAL LIMITED and ) <br> PFE INTERNATIONAL INC. ) <br> ) <br> Defendants. ) | Case No. 08 CV 855 <br><br> Judge Manning |

### ORDER OF DISMISSAL

The case between Plaintiff Moore Wallace North America. Inc. and Defendants PFE International Limited and PFE International, Inc. (the "PFE Parties") has been settled pursuant to that certain Standstill Agreement dated June 9, 2008 (the "Agreement"). Accordingly, it is hereby ordered that this case is dismissed in accordance with the terms set forth in Section 2 of the Agreement.

ENTER:

8/28/08
Date

Blanche M. Manning
United States District Judge